App. Div.] First Department, November, 1924.

EDWARD S. COWLES, Respondent, v. MARC EIDLITZ & SONS, INC., and Another, Appellants. JOHN T. WOODRUFF & SONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD S. COWLES, Respondent, v. FRIESTEDT UNDERPINNING CO., INC., and Another, Appellants. MARC EIDLITZ & SON, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PHILLIPS-JONES CORPORATION, Respondent, v. THE SERVIDOR COMPANY and Others, Appellants.— Order modified by striking therefrom the paragraph numbered 17, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SPOTSWOOD D. BOWERS, Appellant, v. FIFTH AVENUE AND SEVENTY-SEVENTH STREET CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

L. C. SMITH & BROS. TYPEWRITER COMPANY, Respondent, v. CREDIT LYONNAIS, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SCOTT NORRIS and Others, Doing Business as SCOTT NORRIS & COMPANY, Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES J. BRABIN, Appellant, v. METRO-GOLDWYN PICTURES CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID J. FOX and Others, as Trustees in Bankruptcy of COWEN HOSIERY CO., INC., Respondents, v. TAUBEL-SCOTT-KITZMILLER CO., INC., Appellant, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon payment by said defendant of taxable costs to date of motion and ten dollars costs of motion at Special Term; the case to retain its place upon the calendar. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY AUSTIN HALL, Respondent, v. CLINTON MUDGE HALL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEXANDER E. LITTLE and Another, Trading under the Firm Name and Style of A. E. LITTLE & COMPANY, Respondents, v. ARNOLD, CONSTABLE & COMPANY, INCORPORATED, Appellant. STEPHEN J. LEONARD and Others, Trustees, etc., of ARNOLD, CONSTABLE & COMPANY, INCORPORATED, Intervenors, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.